UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
U2 HOME ENTERTAINMENT, INC.,

                Plaintiff,

                                          ORDER
  -against-                             04 CV 641 (ILG) (SMG)

STAR VIDEO CENTER, LTD.,

                Defendant.
-----------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Gold dated September 6, 2005, recommending that default judgment be entered against the defendant, Star Video Center, Ltd., in the amount of $52,003.67, comprised of $43,500 in statutory damages and $8,503.67 in attorney's fees and costs; that a permanent injunction be entered barring defendant from infringing plaintiff's copyright and trademark rights; that seized items bearing plaintiff's copyright and trademark be delivered to plaintiff for destruction; that objections, if any, must be filed and served by September 20, 2005, and that failure to do so would be regarded as a waiver of their right to appeal. As of this date, no objection has been filed.

       Said Report and Recommendation is hereby approved and adopted in it's entirety and the Clerk of Court is directed to enter judgment against the defendant accordingly.

       SO ORDERED.

Dated:      Brooklyn, New York
                September 23, 2005

                                                          S/ _____
                                                               I. Leo Glasser

Copies of the foregoing order were sent to:

The Honorable Steven M. Gold
United States Magistrate Judge

Harvey Shapiro, Esq.
Sargoy Stein Rosen & Shapiro
1790 Broadway, 19th Floor
New York, NY 10019

Star Video Center, Ltd.
41-40 Kissena Boulevard
Flushing, NY 11355

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WAI YIP CHAN, JIAN MIN CHEN,
JIAN QUAN KUANG and ZHIGANG ZHAO,

             Plaintiff,

                                 ORDER
  -against-                       01 CV 8422 (ILG) (JMA)

NEW OCEAN EMPIRE SEAFOOD
RESTAURANT, INC., et al.,

            Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

      The matter was referred to Magistrate Judge Azrack for a Report and Recommendation regarding the plaintiffs' application for entry of default and damages. That Report and Recommendation, dated April 8th, 2005, advised the defendant that objections to it, if any, were to be filed and served within 10 days of receipt, and that failure to do so may be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, the Clerk of Court is hereby directed to enter default judgment against the defendants New Ocean Empire Seafood Restaurant, Inc., and Ocean Empire Seafood Restaurant, Inc., Gen Lin Chan and Wai Hung Chan, in the amount of $1,472,437 in damages, including liquidated and prejudgment interest;

and, that default judgment be entered against defendant Tsang King Wah, in the amount of $598,039.98 in damages, including liquidated damages and prejudgment interest.

SO ORDERED.

Dated: Brooklyn, New York
May 3, 2005

I. Leo Glasser

Copies sent to:

Honorable Joan M. Azrack
United States Magistrate Judge

Kenneth Kimerling, Esq.
Asian American Legal Defense &
　　Education Fund Inc.
99 Hudson Street
New York, NY 10013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
ASWAD BILLUPS,

        Plaintiff,

        -against-

PRO HEALTH CARE,

        Defendant.
------------------------------------------------------x

ORDER
04 CV 3065 (ILG) (VVP)

GLASSER, United States District Judge:

      In a Report and Recommendation dated June 17, 2005, Magistrate Judge Pohorelsky recommends that this action be dismissed without prejudice for want of prosecution and that objections to it, if any, were to be filed and served within ten days; and that failure to do so would be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation is, after due consideration, hereby adopted in its entirely and the Clerk of Court is directed to dismiss this case without prejudice.

      Outgoing counsel for the plaintiff shall serve a copy of this Order on the plaintiff at his last known address by regular mail and by certified mail, return receipt requested, and shall file a certification of such service in the record.

      SO ORDERED.

Dated:     Brooklyn, New York
            July 11, 2005

                                                   S/ _____
                                                     I. Leo Glasser

Copies sent to:

The Honorable A. Simon Chrein
United States Magistrate Judge

Richard A. Klass, Esq.
16 Court Street, 35th Floor
Brooklyn, NY 11241

Alvira Bros., Inc.
270 South 5th street
Brooklyn, NY 11211

Robert Alvira
270 South 5th street
Brooklyn, NY 11211

Mark Alvira
270 South 5th street
Brooklyn, NY 11211

A Corrected Report and Recommendation having been issued by Magistrate Judge Pohorelsky on August 12th, 2003, the amount of statutory damages is to be $2,700, and attorney's fees and costs in the amount of $2,410.30, for a total judgment of $5,110.30.

Copies sent to:

Honorable Viktor V. Pohorelsky
United States Magistrate Judge


Lefkowitz Louis & Sullivan LLP
350 Jericho Turnpike, Suite 300
Jericho, NY 11753