UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

-against-

STAR VIDEO CENTER, LTD.,

        Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV- 0641 (ILG)

An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on September 23, 2005, approving and adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 6, 2005; directing the Clerk of Court to enter a default judgment against the defendant, Star Video Center, Ltd., in the amount of $52,003.67, comprised of $43,500.00 in statutory damages and $8,503.67 in attorney's fees and costs; ordering that a permanent injunction be entered barring defendant from infringing plaintiff's copyright and trademark rights; and directing that seized items bearing plaintiff's copyright and trademark be delivered to plaintiff for destruction; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Steven M. Gold is approved and adopted in its entirety; that judgment is hereby entered in favor of plaintiff, U2 Home Entertainment, Inc., and against defendant, Star Video Center, Ltd., in the amount of $52,003.67, comprised of $43,500.00 in statutory damages and $8,503.67 in attorney's fees and costs; that a permanent injunction is entered barring defendant from infringing plaintiff's copyright and trademark rights; and that seized items bearing plaintiff's copyright and trademark be delivered to plaintiff for destruction.

Dated: Brooklyn, New York
        September 26, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court